FILED

2015 DEC 16 PM 4: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    PLAINTIFF<br>v.<br>FRANK MUNONZ, et al.,<br>    DEFENDANTS | CASE NUMBER<br>CR No. **CR15-0688**<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Juan Lopez, et al.</u>, Case No. CR 15-__689__, which:

_____    was previously assigned to the Honorable _____;

__X__    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

_____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any): Both cases arise out of the same investigation, using the same confidential informants and wiretap applications. Although only charged once, there are defendants who participated in controlled purchases of narcotics in both indictments.

Dated: December 16, 2015

Justin R. Rhoades
Assistant United States Attorney