Christopher Brunwin (Cal. Bar No. 158939)
Assistant United States Attorney
Violent & Organized Crimes Section
312 N. Spring Street, 13th Floor
Telephone: (213) 894-4242, Facsimile: (213) 894-3713

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 15-688(A)-DSF |
| v. | |
| PAUL SORIANO, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Government's (Under Seal) Ex Parte application and order to seal document and Under Seal Document.

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

May 29, 2019                          CHRISTOPHER BRUNWIN
Date                                  Attorney Name

                                      UNITED STATES OF AMERICA
                                      Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)            **NOTICE OF MANUAL FILING OR LODGING**