1  MARK M. KASSABIAN, (BAR NO. 156595)
   BUEHLER & KASSABIAN, LLP
2  350 West Colorado Boulevard, Suite 200
3  Pasadena, California 91105
   Tel: (626) 792-0500
4  Fax: (626) 792-0505
   e-mail: mkassabian@buehlerkassabian.com
5  Attorney for Defendant
6  GUADALUPE REYES

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9

10                                          )  Case No. CR 15-CR-688-DSF
    UNITED STATES,                          )
11                                          )
           Plaintiff,                       )  SENTENCING LETTER OF DEFENDANT
12                                          )  GUADALUPE REYES
       v.                                   )
13                                          )
                                            )
14  GUADALUPE REYES,                        )
                                            )
15         Defendant.                       )
                                            )
16  _____)

17

18
        Attached hereto as Exhibit 1 is a letter to the Court from defendant
19
    Guadalupe Reyes regarding his sentencing.
20

21
    Respectfully submitted,
22

23  DATE: December 2, 2019              BUEHLER & KASSABIAN, LLP

24
                                        By: /s/Mark M. Kassabian
25                                         MARK M. KASSABIAN
                                           Attorney for Defendant
26                                         GUADALUPE REYES

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

Dear Judge Fischer:

     I would first like to say how ashamed I am of myself for having to see you and everyone else here today under these despicable circumstances that where caused by my actions and my actions alone. There are no words to justify what I did. I was completely wrong. I was selfish, reckless and irresponsible. I didn't care about no one but myself.

     I put my wants and needs before anyone else. I was a no good for nothing human being, an utter stain on society, an absolute low life worthless poor excuse of a person I was lazy and I didn't want to be a real man and work I wanted to take the easy way out the cowards way out and sale drugs, not caring about all the victims I left in my destructive path which were many. I'm sorry for the people I sold drugs to, and to society as a whole. I'm sorry to the community, the police department and to the criminal justice system. I'm terribly sorry to everyone that I had a negative impact on. When I was first arrested for this crime I felt as if I were the victim but I now realize that I was real stupid to think and feel that way, that's how deeply rooted I was in my criminal mindset. But after a lot of self-reflection and soul searching I now realize that I was living a criminal lifestyle. I now understand that I was not a good man and a very poor example of what a man should be to be to my fiancée and kids. I honestly feel that being arrested and convicted for my crime was and is the best thing that could of ever happened to me as it has opened my eyes and heart to what a real man should be.

     I will definitely not waste any more of my life and let my conviction be in vain. I will use this time in prison to better myself mind, body, heart, and spirit. I have set goals for myself that I will achieve such as most importantly becoming a better man, a responsible man, one that I will be proud to look at in the mirror, a man that my fiancée and kids will be proud of and I will do this by furthering my education (receiving my GED) and learning employable skills (trades) that way I could be the man that I should have been a long time ago and by also doing classes to improve myself. Today I am a man that has been humbled. I'm a man that is not afraid to ask for help. The much needed help that I needed back then, but that didn't know I needed nor did I know how to ask for. Today I am no longer that coward and I have absolutely no problem asking for help and I will ask for it when I need it and today I need all the help I can get. I can honestly say that today I am no longer the same man that I was before my conviction what I am today is a man that knows better so I will do better and I promise to never ever commit another crime so long as I live. Thank you very much from the bottom of my heart for this opportunity to address you.

Respectfully and humbly Guadalupe Reyes