# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| Case No. | CR 15-00688(A) DSF – 6 | Date | December 9, 2019 |
|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Renee Fisher | Pat Cuneo | Christopher M. Brunwin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 6) Guadalupe Reyes | √ | | √ | 6) Mark M. Kassabian | √ | √ | |

**Proceedings:**

SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary   ☐ Contested

√   Refer to separate Judgment & Probation/Commitment Order.

√   The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

√   Defendant informed of right to appeal.

√   Bond exonerated on surrender.

√   Other:

FIRST PRIORITY: The Court recommends to the Bureau of Prisons that defendant be designated to a BOP facility that offers the 500-hour Residential Drug Abuse Program (RDAP).

The Court recommends that the defendant be designated to the Bureau of Prisons facility somewhere in Southern California and in particular the facility located at Terminal Island.